1  Robert S. Coldren, Esq., Bar No. 81710
   Mark D. Alpert, Esq., Bar No. 138152
2  malpert@hkclaw.com
   HART, KING & COLDREN
3  A PROFESSIONAL LAW CORPORATION
   200 Sandpointe, Fourth Floor
4  Santa Ana, California 92707
   Telephone: (714) 432-8700
5  Facsimile:  (714) 546-7457

6  Attorneys for Plaintiff,
   EL DORADO ESTATES, a California Limited Partnership
7
   Charmain H. Buehner, SBN 220868
8  cbuehner@mwgjs.com
   Erik B. Feingold, SBN 168566
9  MYERS, WIDDERS, GIBSON, JONES & SCHNEIDER, L.L.P.
   5425 Everglades Street
10 Ventura, CA 93003
   Telephone: (805) 644-7188
11 Facsimile:  (805) 644-7390

12 Attorneys for Defendant,
   CITY OF FILLMORE
13

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16

| EL DORADO ESTATES, a California Limited Partnership, | Case No.: CV11-7562 SJO (RZx) |
|---|---|
| Plaintiff, | Judge: Hon. S. James Otero<br>Ctrm: 1 |
| v. | Discovery Magistrate Judge: Ralph Zarefsky |
| CITY OF FILLMORE, a California Municipal Corporation and DOES 1-30 | **E-FILING**<br><br>**STIPULATION TO CONTINUE HEARING DATE OF MOTION TO DISMISS (L.R. 7-11)**<br><br>Current Hearing date: November 14, 2011<br>Continued Hearing date: December 5, 2011 |
| Defendants. | |

Pursuant to Local Rule 7-11 and the Court's September 19, 2011 Standing Order, Plaintiff, El Dorado Estates ("El Dorado") and Defendant, City of Fillmore ("City") hereby stipulate as follows:

Whereas on October 17, 2011, City filed and served a motion to dismiss scheduled to be heard on November 14, 2011;

Whereas the current deadline for El Dorado to file an opposition is October 24, 2011;

Whereas the current deadline for City to file any reply is October 31, 2011;

Whereas the City is currently reviewing El Dorado's settlement proposal, which requires the City Council's decision at a meeting scheduled for November 8, 2011;

Therefore, the Parties stipulate to continue the current hearing date of November 14, 2011 to December 5, 2011.

The new due date for the opposition will be: November 14, 2011.

The new due date for the reply will be: November 21, 2011.

Dated: October 21, 2011          HART, KING & COLDREN

                                 By: _____
                                 Robert S. Coldren
                                 Mark D. Alpert
                                 Attorneys for Plaintiff,
                                 El Dorado Estates

Dated: October 21, 2011          MYERS, WIDDERS, GIBSON, JONES & SCHNEIDER, L.L.P.

                                 By: _____
                                 Charmaine H. Buehner
                                 Erik B. Fiengold
                                 Attorneys for Defendant,
                                 City of Fillmore