**DENIED   10/25/11**

**The Opposition and Reply Dates remain.**
**The hearing date is off calendar.**
**The matter will be decided on the pleadings.**

# DENIED
## BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL DORADO ESTATES, a California Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FILLMORE, a California Municipal Corporation and DOES 1-30<br><br>Defendants. | Case No.:  CV11-7562 SJO (RZx)<br><br>Judge:   Hon. S. James Otero<br>Ctrm:   1<br><br>Discovery Magistrate<br>Judge:   Ralph Zarefsky<br><br>**E-FILING**<br><br>**[PROPOSED] ORDER RE STIPULATION TO CONTINUE HEARING DATE OF MOTION TO DISMISS (L.R. 7-11)**<br><br>Current Hearing date: November 14, 2011<br>Continued Hearing date: December 5, 2011 |

Pursuant to plaintiff, El Dorado Estates ("El Dorado") and Defendant, City of Fillmore ("City") stipulation to the following:

On October 17, 2011, City filed and served a motion to dismiss scheduled to be heard on November 14, 2011;

The current deadline for El Dorado to file an opposition is October 24, 2011;

The current deadline for City to file any reply is October 31, 2011;

The City is currently reviewing El Dorado's settlement proposal, which requires

**HART, KING & COLDREN**
A PROFESSIONAL LAW CORPORATION
200 SANDPOINTE, FOURTH FLOOR
SANTA ANA, CALIFORNIA 92707

1  the City Council's decision at a meeting scheduled for November 8, 2011; and

2       Therefore, the Parties stipulate to continue the current hearing date of
3  November 14, 2011 to December 5, 2011.

4       The Court orders the following:

5  1.  The November 14, 2011 hearing date on defendant's motion to dismiss is
6      continued to December 5, 2011 at 10:00 a.m.

7  2.  The opposition is due no later than November 14, 2011.

8  3.  The reply is due no later than November 21, 2011.

10  Dated:_____                    _____

11                                           S. James Otero,

12                                           Judge of the United States District Court

**HART, KING & COLDREN**
A PROFESSIONAL LAW CORPORATION
200 SANDPOINTE, FOURTH FLOOR
SANTA ANA, CALIFORNIA 92707

25383.373/4851-1344-0780v.1

2

*[PROPOSED] ORDER RE STIPULATION TO*
*CONTINUE MOTION TO DISMISS HEARING DATE*